No. 72–768. Arizona ex rel. State Corporation Commission et al. v. United States et al.;

No. 72–779. Southwest Gas Corp. v. United States et al.;

No. 72–781. Pacific Gas & Electric Co. v. El Paso Natural Gas Co. et al.; and

No. 72–785. El Paso Natural Gas Co. et al. v. United States et al. Affirmed on appeals from D. C. Colo. Mr. Justice Brennan, Mr. Justice White, and Mr. Justice Marshall took no part in the consideration or decision of these cases. Reported below: 358 F. Supp. 820.

No. 72–865. City of Petersburg, Virginia v. United States et al. Affirmed on appeal from D. C. D. C. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument. Mr. Justice Powell took no part in the consideration or decision of this case.

No. 72–759. California-Pacific Utilities Co. et al. v. United States et al. Appeal from D. C. Colo. Appeal as to California-Pacific Utilities Co. dismissed for want of jurisdiction for failure to file timely notice of appeal. 28 U. S. C. § 2101 (b). Judgment as to the six other appellants affirmed. Mr. Justice Brennan, Mr. Justice White, and Mr. Justice Marshall took no part in the consideration or decision of this case.

No. 72–998. Lehane et al. v. City and County of San Francisco et al. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.